Lillian N. AARONS, Appellant,

v.

WASHINGTON SHERATON CORPORA-
TION OF AMERICA, Appellee.

No. 2834.

Municipal Court of Appeals for the
District of Columbia.

Argued Oct. 23, 1961.

Decided Dec. 21, 1961.

Lillian N. Aarons, appellant, pro se.

William J. Donnelly, Jr., Richard W. Galiher and William E. Stewart, Jr., Washington, D. C., for appellee.

Before HOOD and QUINN, Associate Judges, and SMITH, Chief Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant sued appellee corporation for damages resulting from a fall in the Sheraton-Park Hotel. Trial by jury resulted in a verdict for appellee, and this appeal followed.

The record before us is lengthy, with extensive testimony and numerous exhibits. Because appellant tried her own case and prosecuted her appeal without counsel, we have carefully searched the entire record for support of the numerous alleged errors. We find none of the claimed errors substantiated by the record.

Affirmed.